E-FILED 9/30/08

cc: USPO / PTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No,: CR 08-00907-PSG |
| ) | |
| Plaintiff, ) | ORDER FOR MOTION TO WITHDRAW |
| ) | AS COUNSEL |
| vs. ) | |
| ) | |
| MARK O. WALKER, ) | |
| ) | |
| Defendant. ) | |

The Defendant's Motion to Withdraw as Counsel, having come to this Court on motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED, that Jeffrey D. Kent be allowed to withdraw as counsel and,

IT IS SO ORDERED.

Dated this 30th day of September, 2008.

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez

Presented by:

/s/ Jeffrey D. Kent
Jeffrey D. Kent, CASB #162237
Attorney for Defendant Mark O. Walker