## United States District Court
## Central District of California

JS-3

UNITED STATES OF AMERICA vs.

Docket No.  CR 08-907(A)-PSG

Defendant    MARK O. WALKER

Social Security No. 3   6   5   6

Mark Ornelas Walker; Mark Damian Walker; Mark
Damian; Sebastian Trey; Walker Mark Damian;
akas:  Mark Ornelas; Mark Damien Walker

(Last 4 digits)

---

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|-------|-----|------|
| 10 | 05 | 09 |

**COUNSEL**   [X] **WITH COUNSEL**   Retained Robert Bernstein

(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**   There being a finding/verdict of [X] **GUILTY,** defendant has been convicted as charged of the offense(s) of:

**Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252A (a) (5) (B), as charged in Count 2 of the First Superseding Indictment.**

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason  why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

## 63 months.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

All fines are waived as it is found that the defendant does not have the ability to pay a fine.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years under the following terms and conditions:

1.    The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2.    During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

---

USA vs.   Mark O. Walker                                    Docket No.:   CR 08-907-PSG

3.      The defendant shall cooperate in the collection of a DNA sample from the defendant;

4.      The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall
        submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests
        thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

5.      The defendant shall participate in an outpatient substance abuse treatment and counseling program that
        includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer.  The
        defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications
        during the period of supervision;

6.      During the course of supervision, the Probation Officer, with the agreement of the defendant and
        defense counsel, may place the defendant in a residential drug treatment program approved by the
        United States Probation Office for treatment of narcotic addiction or drug dependency, which may
        include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the
        defendant shall reside in the treatment program until discharged by the Program Director and Probation
        Officer;

7.      As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the
        defendant's  substance abuse treatment to the aftercare contractor during the period of community
        supervision, pursuant to 18 U.S.C. § 3672.  The defendant shall provide payment and proof of payment
        as directed by the Probation Officer;

8.      The defendant shall possess and use only those computers and computer-related devices, screen user
        names, passwords, email accounts, and internet service providers (ISPs), which have been disclosed to
        the Probation Officer upon commencement of supervision.  Any changes or additions are to be
        disclosed to the Probation Officer prior to the first use.  Computers and computer-related devices are
        personal computers, personal data assistants (PDAs), internet appliances, electronic games, cellular
        telephones, and digital storage media, as well as their peripheral equipment, that can access, or can be
        modified to access, the internet, electronic bulletin boards, and other computers;

9.      All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be
        subject to search and seizure.  This shall not apply to items used at the employment's site, which are
        maintained and monitored by the employer;

10.     The defendant shall be subject to the installation of monitoring software and hardware.  The defendant
        shall pay the cost of the computer monitoring, in an amount not to exceed $30 per month per device
        connected to the internet;

11.     The defendant shall submit to a search, at any time, with or without warrant, and by any law
        enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle,
        papers, computer, other electronic communication or data storage devices or media, and effects upon
        reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the
        defendant, or by any probation officer in the lawful discharge of the officer's supervision functions;

USA vs.   Mark O. Walker                                        Docket No.:    CR 08-907-PSG

12.    The defendant shall register with the state sex offender registration agency in any state where the
       defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation
       Officer.  The defendant shall provide proof of registration to the Probation Officer within 72 hours of
       release from imprisonment;

13.    The defendant shall participate in a psychological counseling or psychiatric treatment or a sex offender
       treatment program, as approved and directed by the Probation Officer.  The defendant shall abide by all
       rules, requirements, and conditions of such program.  The Probation Officer shall disclose the
       presentence report or any previous mental health evaluations or reports to the treatment provider;

14.    As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the
       defendant's psychological/psychiatric disorder(s) to the aftercare contractor during the period of
       community supervision, pursuant to 18 U.S.C. § 3672.  The defendant shall provide payment and proof
       of payment, as directed by the Probation Officer;

15.    The defendant shall not possess any materials, including pictures, photographs, books, writings,
       drawings, videos, or video games, depicting and/or describing child pornography, as defined in 18
       U.S.C. § 2256(8);  This condition does not prohibit the defendant from possessing materials solely
       because they are necessary to, and used for, a collateral attack, nor does it prohibit him from possessing
       materials prepared for used for the purposes of his court-mandated sex offender treatment, when the
       defendant's treatment provider for the probation officer has approved of his possession of the material
       in advance;

16.    The defendant shall not own, use or have access to the services of any commercial mail-receiving
       agency, nor shall he open or maintain a post office box, without the prior approval of the Probation
       Officer;

17.    The defendant shall not reside within 2,000 feet of school yards, parks, public swimming pools,
       playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the
       age of 18.  The defendant's residence shall be approved by the Probation Officer, and any change in
       residence must be pre-approved by the Probation Officer.  The defendant shall submit the address of the
       proposed residence to the Probation Officer at least 10 days prior to any scheduled move.

18.    The defendant shall not frequent, or loiter, within 100 feet of school yards, parks, public swimming
       pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons
       under the age of 18;

19.    The defendant shall not associate or have verbal, written, telephonic, or electronic communication with
       any person under the age of 18, except:  a)  in the presence of the parent or legal guardian of said
       minor; and b) on the condition that the defendant notify said parent or legal guardian of his conviction
       in the instant offense.  This provision does not encompass persons under the age of 18, such as waiters,
       cashiers, ticket vendors, etc., with whom the defendant must deal with in order to obtain ordinary and
       usual commercial services;

20.    The defendant shall not affiliate with, own, control, volunteer and/or be employed in any capacity by a

USA vs.   Mark O. Walker                                     Docket No.:    CR 08-907-PSG

business and or organization that causes him to regularly contact persons under the age of 18; and

21.   The defendant's employment shall be approved by the Probation Officer, and any change in employment must be pre-approved by the Probation Officer.  The defendant shall submit the name and address of the proposed employer to the Probation Officer at least 10 days prior to any scheduled change.

It is further ordered that the defendant surrender himself  to the institution designated by the Bureau of Prisons on or **before 12 noon, on January 5, 2010.**  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the United States Court House, 411 West Fourth Street, Santa Ana, California 92701-4516.

The Court authorizes the Probation Office to disclose the Pre-sentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency.  Further re-disclosure of the Pre-sentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The bond is ordered exonerated upon defendant's self-surrender.

The defendant is advised of the right to appeal.

On Government's motion, all remaining counts and/or underlying Indictment are Ordered dismissed.

The Court recommends that the defendant be designated to a Southern California facility.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

October 8, 2009
Date                                                        Philip S. Gutierrez, United States District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

October 8, 2009                                   By    Wendy Hernandez
Filed Date                                                Deputy Clerk

USA vs.  Mark O. Walker                          Docket No.:  CR 08-907-PSG

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1.  The defendant shall not commit another Federal, state or local crime;
2.  the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3.  the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5.  the defendant shall support his or her dependents and meet other family responsibilities;
6.  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7.  the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8.  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

X   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

USA vs.   Mark O. Walker                                    Docket No.:   CR 08-907-PSG

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____   By _____
Date                              Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

USA vs.   Mark O. Walker                                    Docket No.:   CR 08-907-PSG

_____                    _____
Filed Date                                               Deputy Clerk


### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.


(Signed) _____        _____
Defendant                                               Date



_____        _____
U. S. Probation Officer/Designated Witness             Date

## NOTICE PARTY SERVICE LIST

| Case No. | CR 08-907(A)-PSG | **Case Title** | U.S.A. -VS- MARK O. WALKER |
|---|---|---|---|

**Title of Document**   **JUDGMENT AND COMMITMENT ORDER**

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |

| | |
|---|---|
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)** |
|---|---|
| | Name: |
| | Firm: |
| | Address (*include suite or floor*): |
| | |
| | *E-mail: |
| | *Fax No.: |

\* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk __WH__**